AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    06-cr-277 |
| Stacy Alexis Wilburn | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States                                                                                          .

Date:     09/12/2019                                          /s/ Philip Alito
                                                                        *Attorney's signature*

                                                                Philip Alito, Assistant United States Attorney
                                                                        *Printed name and bar number*

                                                                United States Attorney's Office
                                                                2100 Jamieson Avenue
                                                                Alexandria, VA 22314
                                                                        *Address*

                                                                philip.alito@usdoj.gov
                                                                        *E-mail address*

                                                                (703) 299-3806
                                                                        *Telephone number*

                                                                        *FAX number*